IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**HAMILTON BROWN**                                                             **PLAINTIFF**

v.                       Case No. 3:15-cv-00217-KGB

**ROBERT LUTTI, et al.**                                        **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The relief sought is denied, and the case is closed.

It is so ordered this 16th day of December, 2015.

_____
Kristine G. Baker
United States District Judge